FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-16439 -JDS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | MCCRARY, CHARLES WILLIAM | Bank Name: | BANK OF AMERICA |
|  | MCCRARY, MARY ELLA | Account Number / CD #: | *******3274 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5664 |  |  |
| For Period Ending: | 09/28/07 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 05/21/07 | 1 | CHARLES AND MARY MCCRARY | SETTLEMENT | 1110-000 | 15,000.00 |  | 15,000.00 |
| 05/31/07 | 15 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 2.78 |  | 15,002.78 |
| 06/29/07 | 15 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 12.33 |  | 15,015.11 |
| 07/19/07 | 000101 | ALAN SANCHEZ, CPA, P.C. 948 W. NEWPORT CHICAGO, IL 60657 | ACCOUNTING CONSULTATION | 3320-000 |  | 50.00 | 14,965.11 |
| 07/31/07 | 15 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 12.75 |  | 14,977.86 |
| 08/31/07 | 15 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 12.72 |  | 14,990.58 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 15,040.58 | 50.00 | 14,990.58 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 |  |
| Subtotal | 15,040.58 | 50.00 |  |
| Less: Payments to Debtors |  | 0.00 |  |
| Net | 15,040.58 | 50.00 |  |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - *******3274 | 15,040.58 | 50.00 | 14,990.58 |
|  | 15,040.58 | 50.00 | 14,990.58 |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  15,040.58  50.00

Ver: 12.60a

LFORM24