IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| MCCRARY, CHARLES WILLIAM | ) | CASE NO. 06-16439-JDS |
| MCCRARY, MARY ELLA | ) | |
| Debtor(s) | ) | Hon. JOHN D. SCHWARTZ |
| | ) | BANKRUPTCY JUDGE |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held
   At:   U.S. Bankruptcy Court
         219 South Dearborn Street, Courtroom 719
         Chicago, IL 60604        On: **November 29, 2007**    Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:
   Receipts                              $15,040.58
   Disbursements                         $50.00
   Net Cash Available for Distribution   $14,990.58

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Prev. Paid | Fees Now Requested | Exp Now Requested |
|---|---|---|---|
| ANDREW J. MAXWELL, Trustee | $0.00 | $2,254.06 | $0.00 |
| MAXWELL & POTTS, LLC, Atty/Trustee | $0.00 | $4,728.00 | $84.19 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: none
6. Allowed priority claims are: none
7. Claims of general unsecured creditors totaling $40,106.83 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 19.76%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2 | Discover Bank/Discover Financial Se | $5,320.51 | $1,051.23 |
| 3 | Chase Bank USA, N.A. | $27,617.99 | $5,456.78 |
| 5 | Recovery Management Systems Corpora | $1,068.82 | $211.18 |
| 6 | Kohls/Chase Bank USA,N.A. | $229.13 | $45.27 |
| 7 | eCAST Settlement Corporation assign | $5,870.38 | $1,159.87 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.
9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.
10. Debtors have been discharged.
11. The Trustee proposes to abandon all property of the estate not specifically administered, as listed on Form 1 attached as a part of the Trustee's Final Report, including but not limited to the following property at the hearing:

| | |
|---|---|
| CHECKING ACCT | $2,000.00 |
| CHECKING ACCT | $0.00 |
| CHECKING ACCT | $0.00 |
| HOUSEHOLD GOODS | $3,000.00 |
| TAX REFUND | $1,000.00 |
| AUTOMOBILE | $2,480.00 |
| AUTOMOBILE | $13,950.00 |
| AUTOMOBILE | $9,550.00 |

Date: October 24, 2007

**KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee: Andrew J. Maxwell
Address: 105 W. Adams
Suite 3200
Chicago, IL 60603 (312) 368-1138