UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| MCCRARY, CHARLES WILLIAM | ) | CASE NO. 06-16439-JDS |
| MCCRARY, MARY ELLA | ) | |
| Debtor(s) | ) | Hon. JOHN D. SCHWARTZ |
| | ) | BANKRUPTCY JUDGE |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1.      NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held

At:      U.S. Bankruptcy Court
         219 South Dearborn Street, Courtroom 719
         Chicago, IL 60604          On: **November 29, 2007**          Time: **10:00 a.m.**

2.      The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for

compensation and expenses and any objections to the pending applications and transacting such other business as may be properly

noticed before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3.      The Trustee's Final Report shows total:

| | |
|---|---|
| Receipts | $15,040.58 |
| Disbursements | $50.00 |
| Net Cash Available for Distribution | $14,990.58 |

4.      Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Prev. Paid | Fees Now Requested | Exp Now Requested |
|---|---|---|---|
| ANDREW J. MAXWELL, Trustee | $0.00 | $2,254.06 | $0.00 |
| MAXWELL & POTTS, LLC, Atty/Trustee | $0.00 | $4,728.00 | $84.19 |

5.      Applications for Chapter 11 fees and administrative expenses have been filed as follows:  none

6.      Allowed priority claims are:  none

7.      Claims of general unsecured creditors totaling $40,106.83 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 19.76%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2 | Discover Bank/Discover Financial Se | $5,320.51 | $1,051.23 |
| 3 | Chase Bank USA, N.A. | $27,617.99 | $5,456.78 |
| 5 | Recovery Management Systems Corpora | $1,068.82 | $211.18 |
| 6 | Kohls/Chase Bank USA,N.A. | $229.13 | $45.27 |
| 7 | eCAST Settlement Corporation assign | $5,870.38 | $1,159.87 |

8.      Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.      The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk  of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee applications(s) and the Trustee may  pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.     Debtors have been discharged.

11.     The Trustee proposes to abandon all property of the estate not specifically administered, as listed on Form 1 attached as a part of the Trustee's Final Report, including but not limited to the following property at the hearing:

| | |
|---|---|
| CHECKING ACCT | $2,000.00 |
| CHECKING ACCT | $0.00 |
| CHECKING ACCT | $0.00 |
| HOUSEHOLD GOODS | $3,000.00 |
| TAX REFUND | $1,000.00 |
| AUTOMOBILE | $2,480.00 |
| AUTOMOBILE | $13,950.00 |
| AUTOMOBILE | $9,550.00 |

KENNETH S. GARDNER
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee:      Andrew J. Maxwell
Address:      105 W. Adams
              Suite  3200
              Chicago, IL  60603 (312) 368-1138

**BAE SYSTEMS**

# CERTIFICATE OF SERVICE

**Bankruptcy Noticing Center**
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

```
District/off: 0752-1          User: amcc7              Page 1 of 2           Date Rcvd: Oct 24, 2007
Case: 06-16439               Form ID: pdf002          Total Served: 35
```

The following entities were served by first class mail on Oct 26, 2007.
```
db            +Charles William McCrary,   18233 Ada St.,   Lansing, IL 60438-3105
jdb           +Mary Ella McCrary,   18233 Ada St.,   Lansing, IL 60438-3105
aty           +Jaclyn H. Smith,   Maxwell & Potts LLC,   105 W. Adams Street,   Suite 3200,
               Chicago, IL 60603-6209
aty           +Mario M Arreola,   Law Offices Of Peter Francis Geraci,   55 East Monroe St Suite #3400,
               Chicago, IL 60603-5920
tr            +Andrew J Maxwell, ESQ,   Maxwell & Potts, LLC,   105 West Adams Street,   Suite 3200,
               Chicago, IL 60603-6209
11057558       American Express,   Attn: Bankruptcy Department,   PO Box 360002,   Ft. Lauderdale, FL 33336-0002
11057540      +Bank of America/MBNA,   Bankruptcy Department,   PO Box 15026,   Wilmington, DE 19850-5026
11057542      +Chase,   Bankruptcy Department,   800 Brooksedge Blvd.,   Westerville, OH 43081-2822
11057541      +Chase,   Bankruptcy Department,   PO Box 15153,   Wilmington, DE 19886-5153
11192970      +Chase Bank USA, N.A.,   c/o Weinstein & Riley, P.S.,   2101 4th Avenue, Suite 900,
               Seattle, WA 98121-2339
11057552      +Chase/Bank One,   Bankruptcy Department,   PO Box 260161,   Baton Rouge, LA 70826-0161
11057559      +Community Hospital,   Bankruptcy Department,   PO Box 3602,   Hammond, IN 46321-0756
11057554      +Community Hospital Anesthesia,   Attn: Bankruptcy Dept.,   PO Box 67000 DWR 184501,
               Detroit, MI 48267-0002
11057557      +Dana Barbosa,   18233 Ada Street,   Lansing, IL 60438-3105
11057547       Discover Card,   Bankruptcy Department,   PO Box 15316,   New Castle, DE 19720
11057550      +Ford Credit,   Bankruptcy Department,   PO Box 790093,   Saint Louis, MO 63179-0093
11057556      +Ford Credit,   Bankruptcy Department,   PO Box 105704,   Atlanta, GA 30348-5704
11159597       Ford Motor Credit Company,   P.O. Box 537901,   Livonia, MI  48153-7901
11057538       HSBC NV,   Bankruptcy Department,   PO Box 19360,   Salinas, CA 93901
11057553      +Illiana Financial Credit Union,   Bankruptcy Department,   1600 Huntington Dr.,   PO Box 1249,
               Calumet City, IL 60409-1249
11057551      +JC Penney/GEMB,   Bankruptcy Department,   PO Box 981131,   El Paso, TX 79998-1131
11057548      +Kohl's,   Bankruptcy Department,   PO Box 2983,   Milwaukee, WI 53201-2983
11057549      +Kohl's/Chase,   Bankruptcy Department,   N56 W 17000 Ridgewood Dr.,
               Menomonee Falls, WI 53051-5660
11209131      +Kohls/Chase Bank USA,N.A.,   c/o Creditors Bankruptcy Service,   P O Box 740933,
               Dallas, TX 75374-0933
11057539      +MBNA America,   Bankruptcy Department,   PO Box 15286,   Wilmington, DE 19886-5286
11194589      +Recovery Management Systems Corporation,   For GE Money Bank,   dba Sam's Club,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
11194536      +Recovery Management Systems Corporation,   For GE Money Bank,   dba JCPenney,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
11057555      +Richard P. Komyatte & Assoc.,   Bankruptcy Department,   9650 Gordon Drive,
               Highland, IN 46322-2909
11057544      +Sears Bankruptcy Recovery,   Citibank USA Sears,   PO Box 20363,   Kansas City, MO 64195-0363
11057543      +Sears Credit Cards,   Bankruptcy Department,   PO Box 183081,   Columbus, OH 43218-3081
11057537      +Union Plus/HSBC NV,   Bankruptcy Department,   PO Box 88000,   Baltimore, MD 21288-0001
11263140       eCAST Settlement Corporation assignee of,   HSBC Bank Nevada NA / HSBC Card,   Services III,
               POB 35480,   Newark NJ 07193-5480
```

The following entities were served by electronic transmission on Oct 25, 2007.
```
11057540      +E-mail/PDF: bankofamericaebn@americaninfosource.com Oct 25 2007 04:30:22   Bank of America/MBNA,
               Bankruptcy Department,   PO Box 15026,   Wilmington, DE 19850-5026
11057545       E-mail/PDF: mrdiscen@discoverfinancial.com Oct 25 2007 04:38:32   Discover Card,
               Bankruptcy Department,   PO Box 30395,   Salt Lake City, UT 84130
11057546       E-mail/PDF: mrdiscen@discoverfinancial.com Oct 25 2007 04:38:32   Discover Financial,
               Bankruptcy Department,   PO Box 15316,   Wilmington, DE 19850
11184503       E-mail/PDF: mrdiscen@discoverfinancial.com Oct 25 2007 04:38:32
               Discover Bank/Discover Financial Services,   PO Box 3025,   New Albany OH 43054-3025
11057539      +E-mail/PDF: bankofamerica2ebn@americaninfosource.com Oct 25 2007 04:31:26   MBNA America,
               Bankruptcy Department,   PO Box 15286,   Wilmington, DE 19886-5286
                                                                                          TOTAL: 5
```

```
         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Andrew J Maxwell, ESQ,   Maxwell & Potts, LLC,   105 West Adams Street,   Suite 3200,
               Chicago, IL 60603-6209
                                                                              TOTALS: 0, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
          ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 26, 2007**                    **Signature:**